ESTHER Z. HARPER et al., Respondents, v. EDITH HARPER, Appellant, et al., Defendants.—

Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

In the Matter of the Estate of FREDERICK BAUMANN, Deceased. FREDERICK J. BAUMANN, as Administrator of the Estate of FREDERICK BAUMANN, Deceased, Appellant; CATHERINE KOLLER et al., Respondents.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel, and MacCrate, JJ.

In the Matter of the Arbitration between GREGORY HLADIK et al., Doing Business as RAYMIK WELL DRILLERS, Respondents, and MACK LIPKIN, Appellant. In the Matter of the Arbitration between GREGORY HLADIK et al., Doing Business as RAYMIK WELL DRILLERS, Respondents, and MACK LIPKIN, Appellant. (Consolidated Appeals.) —

No opinion. Order granting respondents' motion to restrain the second arbitration proceeding, demanded by appellant on or about August 13, 1951, reversed on the law, without costs, and the motion denied, without costs, on the authority of *Matter of Nors Holding Corp* v. *Anziano* (261 App. Div. 997). Appellant's application to stay execution of the judgment is denied, without costs. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.